UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIDDEL PEDRO CHAVALOC CHOROR, ET
AL.,

                        Plaintiffs,                    24-cv-2301 (JGK)

            - against -                                ORDER

FRESCOS PIZZERIA CORP., ET AL.,

                        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

July 1, 2024.

SO ORDERED.

Dated:    New York, New York
          June 18, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge