| NEW YORK |  | HANOI |
|---|---|---|
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | EVE I. KLEIN | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1065 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 202 7559 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* EIKlein@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

August 8, 2024

**VIA ECF**

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/9/24

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St., Courtroom 14A
New York, NY 10007

    Re:   *Choror, et al. v. Frescos Pizzeria Corp., et al.*
          Case No. 1:24-CV-02301 (JGK) (SLC)

Dear Judge Koeltl:

    We represent Defendants Frescos Pizzeria Corp. and Alfred Mitaj. We submit this joint letter-motion on behalf of Defendants and, with consent of counsel, on behalf of Plaintiffs, Giddel Pedro Chavaloc Choror and Floriberto Pascual Chino (collectively, the "Parties"), to respectfully request an additional fourteen (14) day extension of the parties' deadline to file a formal written settlement agreement for Court approval, from August 12, 2024 through and including August 26, 2024. This request is made to allow the Parties to continue to negotiate and finalize a formal written settlement agreement to be submitted for Court approval.

    This is the first request made by the Parties to adjourn the August 12, 2024 deadline to file a settlement agreement with the Court for approval.

    We thank the Court for its attention to this adjournment request.

                                                 Very truly yours,

                                                 Eve I. Klein

EIK

cc: All Counsel Of Record (via ECF)

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086           PHONE: +1 212 692 1000   FAX: +1 212 692 1020