**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**GIDDEL PEDRO CHAVALOC CHOROR, ET AL.,**

          **Plaintiffs,**

  - against -

**FRESCOS PIZZERIA CORP., ET AL.,**

          **Defendants.**

---

**24-cv-2301 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for oral argument, by telephone, with respect to the proposed settlement agreement on **Monday, September 9, 2024, at 5:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**   **New York, New York**
        **August 29, 2024**

                                          /s/ John G. Koeltl

                                            **John G. Koeltl**
                              **United States District Judge**